UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DAMON WHEELER,

                Plaintiff,

v.

JOSEPH KOLEK,

                Defendants.
-------------------------------------------------------X

**ORDER**

16-CV-7441 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for defendants and plaintiff *pro se* appeared today at 11:00 a.m. by telephone for a pretrial conference. Defense counsel advised that the settlement offer is still under review. The next status conference is scheduled for 7/7/2021 at 11:00 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

    The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

Dated: White Plains, New York
       April 29, 2021

SO ORDERED:

_____
Philip M. Halpern
United States District Judge